UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA

ROBERT N. COGAR
(XXX-XX-8533)

    Plaintiff

vs.                                        Civil Action No. 3:05-CV-119

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY

    Defendant

## ORDER

The Plaintiff in the above-styled Disability Insurance Benefits and/or Supplemental Security Income benefits review action seeks leave to permit counsel of record, Brock M. Malcolm, to withdraw as counsel in the above-styled action and to substitute Travis M. Miller of Bailey, Stultz, Oldaker & Greene PLLC as counsel of record in the above-styled action, pursuant to LR Gen P 83.03.

Upon examination of Plaintiff's Motion and in reliance upon the representations made therein, it is hereby ORDERED that Brock M. Malcolm be permitted to withdraw as counsel of record in the above-styled action and to substitute Travis M. Miller of Bailey, Stultz, Oldaker & Greene PLLC as counsel of record in the above-styled action. The Clerk is directed to transmit copies of this Order to Counsel of Record herein.

Entered: 7/20/07

Judge, United States District Court